Larry E. BELTON, Sr., Petitioner—Appellant,

v.

Anthony J. PRINCIPI, Secretary Veterans Affairs; et al., Defendants—Appellees.

No. 02–55775.

D.C. No. CV–02–00688–GLT.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 11, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Belton's "Notice and Application for an Extension of Time to File Reasons for Oral Argument ..." is denied.

**964**

■■■■■■■■■■

MEMORANDUM **

Larry E. Belton appeals pro se the district court's sua sponte dismissal for lack of subject matter jurisdiction of his action against the Veteran's Administration ("VA") regarding his benefits. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Sommatino v. United States*, 255 F.3d 704, 707 (9th Cir.2001), and we affirm.

Federal courts lack jurisdiction to review benefits-related determinations by the VA. *See Tietjen v. United States Veterans Admin.*, 884 F.2d 514, 515 (9th Cir. 1989) (order). *See also Hicks v. Small*, 69 F.3d 967, 969 (9th Cir.1995) (*Bivens* action may not be used to challenge VA benefits decision).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

